

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2016

No. 04-16-00636-CV

Kevin W. **LILES**, Bryan K. Harris and Stuart R. White,
Appellants

v.

Maria Isabel Serna **CONTRERAS**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On September 23, 2016, the trial court signed an order titled "Order Granting and Imposing Sanctions" requiring appellants to pay:

1)  Within ten days, a penalty in the amount of $50,0000, into the registry of the court;
2)  Within three days, all costs of the court in representing the Navarro Plaintiffs' cause of action in Cause No. 2014CVT001317D2 and Cause No. 2014CVT001295D3;
3)  One-half of costs of the court related to the Emergency Motion for Sanctions filed in Cause No. 2014CVT001317D2 and Cause No. 2014CVT001295D3;
4)  Within ten days, reasonable and necessary attorneys' fees and expenses to the Contreras Plaintiffs' attorneys in the amount of $37,744; and
5)  $10,000 into the registry of the court with ten days of filing an appeal of this order.

On October 3, 2016, appellants filed in this court a "Conditional Emergency Motion to Stay Enforcement" requesting that we enter an order recognizing that enforcement of the trial court's sanctions order is stayed pending final resolution of this appeal, or in the alternative, enter an order staying enforcement.

We GRANT appellants' motion for stay of the September 23, 2016 order and ORDER the trial court's September 23, 2016 order temporarily stayed until further order of this court. Appellants' underlying motion challenging the trial court's sanctions order remains pending in this court. We further ORDER appellee to file in this court, on or before **October 13, 2016** a

response to appellants' "Conditional Emergency Motion to Stay Enforcement" filed in this court on October 3, 2016.

We order the clerk of this court to serve a copy of this order on the trial court and all counsel.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2016.

_____
Keith E. Hottle
Clerk of Court